DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-cr-422-LDG-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | ***EXPEDITED* MOTION TO** |
| ) | **DISMISS INDICTMENT** |
| LARISSA LEA, and ) | |
| IRA SAYEED BEYAH, ) | |
| ) | |
| Defendants. ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Expedited Motion for Leave to Dismiss the Indictment against Defendants Larissa Lea and Ira Sayeed Beyah.  Fed. R. Crim. P. 48(a).  The chemical analysis of the substance the Defendants possessed on November 19, 2011, was completed by the Las Vegas Metropolitan Police Department Forensic Laboratory, and it was determined that the substance was not a controlled substance.  Therefore, the United States has determined that, in the best interests of justice, the Indictment should be dismissed without prejudice against Defendants Larissa Lea and Ira Sayeed Beyah.  The Government respectfully requests expedited review of the instant Motion since both Defendants are currently in custody.

//

//

//

//

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of the Federal Rules of Criminal Procedure, and grant this Expedited Motion to Dismiss the Indictment without prejudice.

DATED this 17th day of February, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ Amber M. Craig

AMBER M. CRAIG
Assistant United States Attorney

ORDER

IT IS SO ORDERED

DATED this 17th day of February, 2012.

_____
Lloyd D. George
Sr. U.S District Judge